# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01877-JRG-RSP |
| vs. | § § | LEAD CASE |
| AMERICAN HONDA MOTOR CO., INC. et al | § § § | |
| Defendant. | § § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01874-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| BMW OF NORTH AMERICA, LLC | § § § | |
| Defendant. | § § | |

## ORDER

On this day the Court considered Plaintiff's Motion to Dismiss Defendant BMW of North America, LLC.  It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 22nd day of April, 2016.**


ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE